Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
            FILED ____   ____ LODGED
            RECEIVED ____   ____ COPY

              JAN 0 4 2024
          CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
          BY_____ DEPUTY
```

67 pages

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona
## _____ Division

Barbara Stuart Robinson
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Human Services Campus, Inc.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV-24-00022-PHX-SPL
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

Deprivation of Rights

42 USC 1983

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Barbara Stuart Robinson
Street Address: 232 S. 12th Ave
City and County: Phoenix
State and Zip Code: AZ 85007
Telephone Number: 602-309-5744
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

2 of 7

Defendant No. 1
  Name: Human Services Campus, Inc
  Job or Title (if known):
  Street Address: 204 S. 12th Ave
  City and County: Phoenix, AZ 85007
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1983 — State Constitution deprivation under Color of Law.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      
      The plaintiff, *(name)* Barbara Snort Robinsis, a citizen of the State of *(name)* Arizona.
   
   b. If the plaintiff is a corporation
      
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4087

## CAUSE OF ACTION

1. VIOLATION OF CONSTITUTIONAL LAW  - DECLARATION OF RIGHTS TITLE 2 -SECTION 8 OF THE STATE OF ARIZONA CONSTITUTION.

2. DEPRIVATION OF RIGHTS  STATE CONSTITUTION- SECTION 8 TITLE 2  " RIGHT TO PRIVACY" **IN VIOLATION OF 42 U.S. CODE 1983.**

## CLAIM FOR RELIEF

Human Services Campus, Inc.  Amy Schwabenlender  under the direction of her direct - authority, direction, leadership, power, planning, exercise, discretion, caused the Plaintiffs Civil Rights to be Deprived of State of Arizona Constitutional Rights in violation of 42 U.S. CODE 1983  and the plaintiff suffered direct Injury and or loss due to its actions and or omissions caused by a person or person(s) who were acting under color of state law and the plaintiff is entitled to Compensatory Relief to be determined at Trial by Jury for Deprivation, Stress and Unlawful Duress.

## STATEMENT OF CLAIM UPON WHICH RELIEF CAN GRANTED

Amy Schwabenlender caused the Plaintiffs Civil Rights to be Deprived of State of Arizona Constitutional Rights in violation of 42 U.S. CODE 1983  and the plaintiff suffered direct Injury and or loss due to its actions and or omissions caused by a person or person(s) who were acting under color of state law and the plaintiff is entitled to Compensatory Relief for Comparative Negligence.

## DEMAND FOR RELIEF

The plaintiff demands Undetermined Amount at this present Time for a Compensatory Award / Relief awarded at Trial by Jury for any and all Damages, Injury, and Loss that Is determined awardable to the plaintiff for Comparative Negligence caused.

## DAMAGES

1. Deprivation of Rights
2. Stress
3. Unlawful Duress

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

6087

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

on the Plaintiff Claims Injury Suffered and Loss amount to be determined at Trial by Jury.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff Claims Amy Schwabenlender Caused deprivation of Rights and Shall be liable to the Party Injured under 42 USC 1983 Civil Action for Deprivation of Rights.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff is entitled to Damages and Injuries Suffered, liability ARS 12-2505, fault of the Defendant Human Services Campus Inc. for Unlawful Duress.

Page 4 of 5

7 of 7

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/4/2024

Signature of Plaintiff: Barbara Stuard Robinson

Printed Name of Plaintiff: Barbara Stuart

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____